**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES P. MINOGUE,**

        **Plaintiff,**

-vs-                                                    **Case No. 6:11-cv-1893-Orl-22KRS**

**DEPARTMENT OF AGRICULTURE,**

        **Defendant.**
_____

**ORDER**

This cause is before the Court on Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2), filed on November 28, 2011.

The United States Magistrate Judge has submitted a report (Doc. No. 3) recommending that the Motion be denied without prejudice and that the complaint be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 30, 2011 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2), filed on November 28, 2011, **DENIED** without prejudice to filing a new application with an amended complaint.

3. The complaint (Doc. No. 1) is **DISMISSED** without prejudice and with leave to file an amended complaint that remedies the pleading deficiencies identified in the Magistrate Judge's Report and Recommendation. The amended complaint shall be filed not later than January 13, 2012. **Failure to file an amended complaint may result in dismissal of this case without further notice.**

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 27, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge